United States District Court
Eastern District of Washington

Steven Vann Shoemaker

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
NOV 09 2026
SEAN F. MCAVOY, CLERK
RICHLAND, WASHINGTON

*(In the space above enter the full name(s) of the plaintiff(s).)*

4:26-cv-05190-MKD

-against-

Godaddy
~~Goddy~~ Namecheap
ICANN Internet

**Case No.** ______________
(To be filled out by Clerk's Office only)

# COMPLAINT

Jury Demand?
☐ Yes
☒ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Shoemaker, Steven . V
Name (Last, First, MI)

296 Paradise Dr
Street Address

Walla Walla Burbank Wa 99323
County, City State Zip Code

(509) 521-5623
Telephone Number

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: ~~Godady~~ Godaddy
Name (Last, First)

Street Address

USA AZ
County, City State Zip Code

Defendant 2: Internet
Name (Last, First)

Street Address

Vancover Canada
County, City State Zip Code

**Defendant(s) Continued**

Defendant 3: Name Cheap
Name (Last, First)

Street Address

County, City — State: AZ — Zip Code

Defendant 4: ICANN
Name (Last, First)

Street Address

County, City — State: EU — Zip Code

**II. BASIS FOR JURISDICTION**

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

## III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

WASH State
USA
Global

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Global

Date(s) of occurrence: ~~[illegible]~~ 1955-2021

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

See Attached

*Page __ of __ · Printed in five copies · Copy retained by filer*
Sent from my iPhone

---

**Steve Shoemaker** <steve.shoemaker@menschee.com> Mon, Nov 9, 2026 at 5:46 AM
To: "2009steves@gmail.com" <2009steves@gmail.com>

**Filing #5**, whole:

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STEVEN VANN SHOEMAKER, pro se, Complainant,
v.
GODADDY INC.; NAMECHEAP, INC.; INTERNETX; and ICANN (Internet Corporation for Assigned Names and Numbers), Respondents.

Case No. ______ (to be assigned by Clerk)

**CITIZEN COMPLAINT AND REPORT — INTERNET ANTITRUST AND CONSUMER FRAUD**
*(Copies furnished the same day to the U.S. Government Accountability Office and the Federal Bureau of Investigation)*

Filer: Steven Vann Shoemaker, pro se · 296 Paradise Dr, Burbank, WA 99323-9666 · +1.5095215623
Date filed: November 9, 2026

**Statement of the undersigned**

I, Steven Vann Shoemaker, file this complaint against the four participants who together control the naming system of the internet: GoDaddy Inc., Namecheap, Inc., InterNetX, and ICANN. In my own words, and I ask that they be entered as I said them: **this is "the tip of the iceberg."** I state my assessment plainly: what is documented below is one customer's file. The structure it reveals — registrars, aftermarket, and the naming authority operating as one system over the telephone network, the IP addresses, and the domain names — is, in my assessment, larger than the 1984 breakup of AT&T and the Baby Bells, because this time it is the whole internet. I ask the Court to look at the structure. This filing is not about the charges and the dollars in one account; the dollars are named in the facts only because they are the proof in my hand. The case is the structure, and it is old.

**Facts, as the undersigned states them**

1. **The long arc.** The undersigned states: my involvement in this matter begins in **2012**. That is where I started in this system, and the conduct I report runs from there to today. This case does not begin with last month's bill; it reaches back to the **AT&T breakup** and to **BellSouth** — the undersigned states that he owns that stock; **the undersigned is a stockholder** in the company this history runs through — and forward through the whole life of the commercial internet's naming system. What broke apart in 1984 reassembled itself over the telephone numbers, the IP addresses, and the domain names, and it answers to the public for none of it.
2. I set a **$2,000 ceiling** on my domain spending. GoDaddy went above that ceiling and spent **$1,000 of my money without asking** — the domain **icare.ai**, charged at **$3,000**. My position, stated when I called them on it on November 3, 2026: "I believe that is
Sent from my iPhone

---

**Steve Shoemaker** <steve.shoemaker@menschee.com> Mon, Nov 9, 2026 at 5:47 AM
To: "2009steves@gmail.com" <2009steves@gmail.com>

**Filing #5**, whole:

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STEVEN VANN SHOEMAKER, pro se, Complainant,
v.
GODADDY INC.; NAMECHEAP, INC.; INTERNETX; and ICANN (Internet Corporation for Assigned Names and

Numbers), Respondents.

Case No. _______ (to be assigned by Clerk)

**CITIZEN COMPLAINT AND REPORT — INTERNET ANTITRUST AND CONSUMER FRAUD**
*(Copies furnished the same day to the U.S. Government Accountability Office and the Federal Bureau of Investigation)*

Filer: Steven Vann Shoemaker, pro se · 296 Paradise Dr, Burbank, WA 99323-9666 · +1.5095215623
Date filed: November 9, 2026

**Statement of the undersigned**

I, Steven Vann Shoemaker, file this complaint against the four participants who together control the naming system of the internet: GoDaddy Inc., Namecheap, Inc., InterNetX, and ICANN. In my own words, and I ask that they be entered as I said them: **this is "the tip of the iceberg."** I state my assessment plainly: what is documented below is one customer's file. The structure it reveals — registrars, aftermarket, and the naming authority operating as one system over the telephone network, the IP addresses, and the domain names — is, in my assessment, larger than the 1984 breakup of AT&T and the Baby Bells, because this time it is the whole internet. I ask the Court to look at the structure. This filing is not about the charges and the dollars in one account; the dollars are named in the facts only because they are the proof in my hand. The case is the structure, and it is old.

**Facts, as the undersigned states them**

1. **The long arc.** The undersigned states: my involvement in this matter begins in **2012**. That is where I started in this system, and the conduct I report runs from there to today. This case does not begin with last month's bill; it reaches back to the **AT&T breakup** and to **BellSouth** — the undersigned states that he owns that stock; **the undersigned is a stockholder** in the company this history runs through — and forward through the whole life of the commercial internet's naming system. What broke apart in 1984 reassembled itself over the telephone numbers, the IP addresses, and the domain names, and it answers to the public for none of it.
2. I set a **$2,000 ceiling** on my domain spending. GoDaddy went above that ceiling and spent **$1,000 of my money without asking** — the domain **icare.ai**, charged at **$3,000**. My position, stated when I called them on it on November 3, 2026: "I believe that is fraud." I paid it and kept the name.
3. GoDaddy's own aftermarket arm confirmed the transaction's rot in writing: by email of November 5, 2026, **Kyle H., GoDaddy Senior Aftermarket Support**, under **Case 06390618**, stated that the icare.ai listing "was determined to be invalid" — while saying nothing at all about the money: the $3,000 charged against my $2,000 ceiling.
4. The public registration record (RDAP, pulled November 5, 2026) shows icare.ai sits at **Namecheap** (Registrar: NameCheap, Inc., IANA 1068; registered 2026-04-03; expires 2028-04-03; registrant hidden behind a privacy shield) — not registered to me, and not at GoDaddy. A GoDaddy sales representative (Tanner Lee, Aftermarket) had written to me: "We have submitted your offer of $2,000 USD for ICARE.AI." My offer of $2,000 was submitted; $3,000 was charged; the name sits at a competitor registrar behind privacy.
5. This is not one name. GoDaddy's own records for my account list **191 expired domain names** historically associated with me, cycling through the same registrar/aftermarket system. Names expire, are covered, and are recirculated between the participants. In my words: "an inflation scam just like the housing market."
6. Three portions of one organization are before the Court: **(a) the telephone portion, (b) the IP address portion, and (c) the domain name portion** — all breaking the internet the public was promised. This filing carries the domain name portion and the structure as a whole. **The telephone numbers are taken up under the AT&T portion (Filing 6) and the IP addresses under the Spectrum portion (Filing 7)**, filed this same day, and the undersigned asks that the three be read together.
7. On **November 8, 2026**, I filed a complaint with the FBI's Internet Crime Complaint Center (**IC3**) covering these same four participants: GoDaddy, Namecheap, InterNetX, and ICANN. The undersigned states plainly: **that report covered only the 2023 recent events.** The full matter reaches back to 2012 and beyond it to the breakup itself, as stated above. This Court filing, the IC3 complaint, and copies to the GAO and the FBI are the same sheet of paper at every door that would not sit down and talk with me.

**Requested action**

That this Court: (a) accept this filing as a citizen complaint of antitrust conduct and consumer fraud in the internet naming system; (b) direct preservation of GoDaddy Case 06390618 records, my account and billing records, and the aftermarket listing records for icare.ai; (c) refer the structural questions — registrar/aftermarket coordination among GoDaddy, Namecheap, InterNetX, and ICANN — to the antitrust authorities; (d) assign a case number, under which I will supplement this filing with the full exhibits, including the 191-domain list and the documentary record dated November 3, 2026.

Respectfully submitted,

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Consumer Fraud

Tax Evasion

Money ~~[illegible]~~ Scam

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ 100 Trillion

☐ Other (explain):

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

11/9/2026
Dated

[signature]
Plaintiff's Signature

Shoremba Steven V
Printed Name (Last, First, MI)

296 Paradise Dr | Burbank | WA | 99323
Address | City | State | Zip Code

(509) 521-5623
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*